Full Name: Spencer Adam Fisher
Business Address: New York City Law Dept, Legal Counsel Div., 100 Church St, 6th Floor, NY, NY 10007
Home Address: 70 E. 10th St, Apt. 8E, New York, NY 10003
E-mail Address: sfisher@law.nyc.gov OR basf26@fastmail.com
Phone Number: (212) 356-4025 OR (332) 444-5316

Date: January 30, 2026

Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:  Request for Resignation from the SDNY Bar**

Attention Clerk of Court:

Please accept this letter as my request to resign from the Bar of the Southern District of New York.

My SDNY Bar admission information is as follows:

SDNY Admission Date: December 8, 1992
SDNY Bar Number: FI1641
NYS Bar Number (if applicable): 2046618
PACER Account Number (if applicable): N/A

I certify that there are no disciplinary proceedings pending against me in this Court or any other jurisdiction.

I certify that I have no pending matters before this Court.

I understand that this resignation, if accepted, will be permanent unless I am subsequently reinstated pursuant to Local Civil Rule 1.5.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

s/ *Spencer Adam Fisher*